Order entered October 18, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01367-CV

### JULIUS C. HARRIS & JEROME HALIBURTON, Appellants

V.

### STEVEN M. GIBSON, ET AL., Appellees

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-08-05455-E

## ORDER

The Court has before it appellant's October 1, 2012 motion to extend time. The Court

**GRANTS** the motion in part and **ORDERS** appellant to file his amended brief within thirty days

of the date of this order. No further extensions will be granted absent a showing of exceptional

circumstances.

MOLLY FRANCIS
JUSTICE